IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                             CIVIL ACTION NO. 3:23-cv-400-MPM-JMV

ALISA BOXLEY                                                        DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Alisa Boxley. Based on the certified financial information provided by Defendant, and in recognition of her cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Alisa Boxley in the sum of $20,237.51 (PPP Loan # 5647219005). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Alisa Boxley agrees that the sum owed, $20,237.51 plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2), and further agrees to pay $50.00 in service of process costs and $375.50 in court reporter fees.

Provided, however, execution shall not issue upon this judgment as long as Defendant Alisa Boxley pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt

shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Alisa Boxley will be credited to her outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the 8th day of Nov, 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

_____
Stuart S. Davis (MSB #103224)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: stuart.davis@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
Alisa Boxley, Pro Se Defendant